**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DANA M. BARNES<br>6300 Brooke Jane Drive<br>Clinton, Maryland 20735<br>(mailing address) | *<br>*<br>* |
| Plaintiff | * |
| v. | *    Case No:   8:20-CV-01887 |
| ARNEIL D. BARNES<br>10826 Nautica Place<br>White Plains, Maryland 20695<br>(mailing address) | *<br>*<br>* |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO COMPEL PRODUCTION OF INFORMATION

Plaintiff, DANA M. BARNES ("Plaintiff"), through undersigned counsel, Christopher R. Wampler, Esq. and Wampler & Souder, LLC, and moves this Honorable Court to Compel the Production of Information Under the Federal Privacy Act 5 U.S.C. §552(a) concerning the Defendant, ARNEIL D. BARNES ("Defendant"), from the Washington Metropolitan Area Transit Authority ("WMATA") and as cause for this Motion states:

1. Plaintiff is currently involved in a divorce proceeding with Defendant, Case No.: C-08-FM-20-000267 in the Circuit Court for Charles County, Maryland.

2. As part of this proceeding, Plaintiff is seeking support and a division of retirement benefits.

3. That information concerning employment pay and benefits received by Defendant is discoverable information.

4. That on or about the 1st day of June, 2020, Washington Metropolitan Area Transit Authority ("WMATA") was served with a state court Subpoena and a Notice of Deposition Duces Tecum requesting that a custodian of records designated by that agency produce "1. All payroll records of Arneil D. Barnes, residing at 10826 Nautica Place, White Plains, Maryland 20695. 2. All records of retirement benefits for Arneil D. Barnes. 3. All records of work related benefits for Arneil D. Barnes." Attached hereto and incorporated herein by referenced as Exhibit "1" is a copy of this Subpoena and Notice of Deposition Duces Tecum.

5. That WMATA refused to provide information requested in this Subpoena and Notice of Deposition Duces Tecum asserting that the Subpoena did not provide WMATA with the authority to release records to Plaintiff. WMATA refused to provide the requested information, and asked Plaintiff to comply with the privacy act, and any act applicable to the taking of foreign depositions. Furthermore, it refused to answer a question when it was asked whether it sought a federal court order. (*See* attached e-mail stream "Exhibit 2").

6. The deposition sought production of information in Montgomery County, Maryland. WMATA is part of a three-state compact, inclusive of the State of Maryland. WMATA engages in business in Montgomery County, Maryland and receives income Montgomery County, Maryland. Thus, it may be deposed in Maryland. See Maryland Rule 2-413(a)(1) and is subject to laws concerning production of information there.

7. Defendant is in default. An *ex parte* hearing was scheduled. Plaintiff needs to promptly acquire information, and she should not be subjected to a puzzling quest for information which is ordinarily obtained and necessary in every domestic relations case.

8. That pursuant to the provisions of 5 U.S.C. §552a(b)(11), a court of competent jurisdiction may order the production of this information.

9. That this Motion and Proposed Order are being served on Defendant in proper person. Defendant has not retained counsel in the above referenced divorce proceeding.

WHEREFORE, Plaintiff, DANA M. BARNES, respectfully requests that this Honorable Court compel the Washington Metropolitan Area Transit Authority to produce all payroll records, records of any employment compensation, records of employment benefits and retirement benefits, including pensions, 401k, Long Term Savings Plans, Thrift Savings Plans and the like for Defendant, ARNEIL D. BARNES, from July 2015 to the present.

Respectfully submitted,

/s/ Christopher R. Wampler
Christopher R. Wampler, Esq.
(Bar No.05461)
Attorney for Plaintiff
Wampler & Souder, LLC
12114 B Heritage Park Circle
Silver Spring, MD 20906
Phone: (240) 833-2284
Fax: (301) 942-8296
Email: cwampler@wandsfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June 2020, a copy of the foregoing Motion to Compel Production of Information was sent via first-class mail to:

Arneil D. Barnes
10826 Nautica Place
White Plains, Maryland 20695
*Defendant*

Michael Ferrari
600 Fifth Street, NW
Washington D.C. 20001
*WMATA Associate Counsel*

/s/ Christopher R. Wampler
Christopher R. Wampler, Esq.